UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>HANNA ANDERSSON, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-00812-DMR<br><br>**ORDER OF RECUSAL** |

This court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

**IT IS SO ORDERED.**

Dated: February 11, 2020



_____
Donna M. Ryu
United States Magistrate Judge