M. Anderson Berry, SBN 262879
*aberry@justice4you.com*
Leslie Guillon, SBN 222400
*lguillon@justice4you.com*
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

John A. Yanchunis (*Pro Hac Vice*)
*jyanchunis@ForThe People.com*
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNADETTE BARNES, an individual and California resident, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> HANNA ANDERSSON, LLC, and SALESFORCE.COM, INC. <br><br> Defendants. | Case No.: 3:20-cv-00812-LB <br><br> **STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Bernadette Barnes ("Plaintiff"), Defendants Hanna Andersson and salesforce.com, inc. (collectively "Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS on February 5, 2020, Defendants were served with the Complaint in the above-entitled action (the "Complaint");

WHEREAS on February 24, 2020, the Parties stipulated to extend the deadline for Defendants to file an answer or other responsive pleading until April 13, 2020 (ECF18);

WHEREAS Plaintiff seeks to File her First Amended Complaint, which adds one cause of action under the California Consumer Privacy Act, Cal. Civ. Code § 1798.100, *et seq*.

WHEREAS prior to February 24, 2020, counsel for Plaintiff conferred with counsel for Defendants and notified them that Plaintiff would amend the Complaint during the first week of March 2020;

WHEREAS a copy of Plaintiff's proposed First Amended Class Complaint is attached hereto as Exhibit "A."

//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER
ALLOWING FIRST AMENDED
CLASS ACTION COMPLAINT                2

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file her First Amended Class Complaint, a copy of which is attached hereto as Exhibit "A."

2. The date of Defendants' responsive pleading shall be changed from April 13, 2020 to April 30, 2020.

DATED: March 5, 2020

**PERKINS COIE LLP**

By: _____
Susan D. Fahringer, Bar No. 162978

Attorneys for Defendant
HANNA ANDERSSON, LLC

DATED: March 5, 2020

**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION & MORGAN & MORGAN COMPLEX LITIGATION GROUP**

By: _____
M. Anderson Berry, Bar No. 262879
Leslie Guillon, Bar No. 222400

John A. Yanchunis, Pro Hac Vice

Attorneys for Plaintiff
BERNADETTE BARNES

DATED: March 5, 2020

**MORRISON & FOERSTER LLP**

By: _____
Tiffany Cheung, Bar No. 211497
Mark David McPherson, Bar No. 307951
Michael Burshteyn, Bar No. 295320

Attorneys for Defendant
SALESFORCE.COM, INC.

STIPULATION AND ORDER
ALLOWING FIRST AMENDED
CLASS ACTION COMPLAINT

3

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, M. Anderson Berry, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of March, 2020, at Sacramento, California.

*/s/ M. Anderson Berry*

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff is granted leave to amend to file her First Amended Class Complaint, a copy of which is attached hereto as Exhibit "A."

IT IS ALSO ORDERED that the date of Defendants' responsive pleading shall be changed from April 13, 2020 to April 30, 2020.

IT IS FURTHER ORDERED that the First Amended Class Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system

PURSUANT TO STIPULATION, IT IS SO ORDERED.


**Dated**: _____       _____

**UNITED STATES MAGISTRATE JUDGE**