M. Anderson Berry (262879)
aberry@justice4you.com
Leslie Guillon (222400)
lguillon@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

JOHN A. YANCHUNIS (*Pro Hac Vice*)
jyanchunis@ForThe People.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, California
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: HANNA ANDERSSON AND SALESFORCE.COM DATA BREACH LITIGATION* | Master File No.: 3:20-cv-00812-EMC |
| This Document Relates To: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR 60 DAYS PENDING SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Bernadette Barnes, Krista Gill, and Doug Sumerfield ("Plaintiffs"), and Defendants Hanna Andersson and salesforce.com, inc. (collectively "Defendants" and, together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the Parties have reached an agreement in principle for a settlement in this action;

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties require additional time to finalize a full settlement, and anticipate the process to finalize the settlement will be completed within sixty (60) days;

WHEREAS, the deadline for Defendants to answer or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint is July 3, 2020 (Dkt. Nos. 42, 46);

Whereas, the Parties are scheduled to appear for a Case Management Conference on July 23, 2020 at 9:30 am, with a Joint Case Management Statement due on July 16, 2020 (Dkt. No. 42);

Whereas, the Parties believe full settlement is eminent and do not wish to burden the Court with unnecessary proceedings while the settlement process is being completed.

NOW THEREFORE, the Parties STIPULATE AND AGREE, by and through their counsel, that the action be stayed for sixty (60) days pending the finalization of the settlement agreement, and that the Case Management Conference scheduled for July 23, 2020 be moved to August 27, 2020, with the Joint Case Management Statement to be filed by August 20, 2020.

**IT IS SO STIPULATED**.

1

2    DATED:  July 1, 2020                    **PERKINS COIE LLP**

3

4                                            By:  /s/ Todd Hinnen
                                                 Todd Hinnen, *Pro Hac Vice*
5                                                Susan D. Fahringer, Bar No. 162978
                                                 Nicola Menaldo, *Pro Hac Vice*
6
                                             Attorneys for Defendant
7                                            HANNA ANDERSSON, LLC

8    DATED:  July 1, 2020                    **CLAYEO C. ARNOLD, A**
                                             **PROFESSIONAL LAW CORP., WOLF**
9                                            **HALDENSTEIN ADLER FREEMAN &**
                                             **HERZ LLP, & MORGAN & MORGAN**
10                                           **COMPLEX LITIGATION GROUP**

11

12                                           By:  /s/ M. Anderson Berry
                                                 M. Anderson Berry, Bar No. 262879
13                                               Rachele R. Byrd, Bar No. 190634
                                                 John A. Yanchunis, *Pro Hac Vice*
14
                                             Attorneys for Plaintiffs
15

16   DATED:  July 1, 2020                    **MORRISON & FOERSTER LLP**

17

18                                           By:  /s/ Mark David McPherson
                                                 Mark David McPherson, Bar No.
19                                               307951
                                                 Tiffany Cheung, Bar No. 211497
20                                               Michael Burshteyn, Bar No. 295320

21                                           Attorneys for Defendant
                                             SALESFORCE.COM, INC.
22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED: _____          _____

5                                      EDWARD M. CHEN
                                       UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS

**ECF ATTESTATION**

I, M. Anderson Berry, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR 60 DAYS PENDING SETTLEMENT. In compliance with Civil Local Rule 5-1(i), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED:   07/01/2020          /s/ M. Anderson Berry
                                   M. ANDERSON BERRY

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS