M. Anderson Berry (262879)
aberry@justice4you.com
Leslie Guillon (222400)
lguillon@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

JOHN A. YANCHUNIS (*Pro Hac Vice*)          RACHELE R. BYRD (190634)
jyanchunis@ForThe People.com               byrd@whafh.com
**MORGAN & MORGAN**                         BRITTANY N. DEJONG (258766)
**COMPLEX LITIGATION GROUP**               dejong@whafh.com
201 N. Franklin St., 7th Floor             **WOLF HALDENSTEIN ADLER**
Tampa, FL 33602                             **FREEMAN & HERZ LLP**
Telephone: (813) 223-5505                  750 B Street, Suite 1820
Facsimile: (813) 223-5402                  San Diego, California
                                           Telephone: (619) 239-4599
                                           Facsimile: (619) 234-4599

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: HANNA ANDERSSON AND SALESFORCE.COM DATA BREACH LITIGATION* | Master File No.: 3:20-cv-00812-EMC |
| | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY PROCEEDINGS FOR 60 DAYS PENDING SETTLEMENT** |
| This Document Relates To: ALL ACTIONS | |

-1-

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Bernadette Barnes, Krista Gill, and Doug Sumerfield ("Plaintiffs"), and Defendants Hanna Andersson and salesforce.com, inc. (collectively "Defendants" and, together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the Parties have reached an agreement in principle for a settlement in this action;

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties require additional time to finalize a full settlement, and anticipate the process to finalize the settlement will be completed within sixty (60) days;

WHEREAS, the deadline for Defendants to answer or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint is July 3, 2020 (Dkt. Nos. 42, 46);

Whereas, the Parties are scheduled to appear for a Case Management Conference on July 23, 2020 at 9:30 am, with a Joint Case Management Statement due on July 16, 2020 (Dkt. No. 42);

Whereas, the Parties believe full settlement is eminent and do not wish to burden the Court with unnecessary proceedings while the settlement process is being completed.

NOW THEREFORE, the Parties STIPULATE AND AGREE, by and through their counsel, that the action be stayed for sixty (60) days pending the finalization of the settlement agreement, and that the Case Management Conference scheduled for July 23, 2020 be moved to August 27, 2020, with the Joint Case Management Statement to be filed by August 20, 2020.

**IT IS SO STIPULATED**.

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS

DATED:  July 1, 2020

**PERKINS COIE LLP**

By:  /s/ Todd Hinnen
      Todd Hinnen, *Pro Hac Vice*
      Susan D. Fahringer, Bar No. 162978
      Nicola Menaldo, *Pro Hac Vice*

Attorneys for Defendant
HANNA ANDERSSON, LLC

DATED:  July 1, 2020

**CLAYEO C. ARNOLD, A
PROFESSIONAL LAW CORP., WOLF
HALDENSTEIN ADLER FREEMAN &
HERZ LLP, & MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

By:  /s/ M. Anderson Berry
      M. Anderson Berry, Bar No. 262879
      Rachele R. Byrd, Bar No. 190634
      John A. Yanchunis, *Pro Hac Vice*

Attorneys for Plaintiffs

DATED:  July 1, 2020

**MORRISON & FOERSTER LLP**

By:  /s/ Mark David McPherson
      Mark David McPherson, Bar No. 307951
      Tiffany Cheung, Bar No. 211497
      Michael Burshteyn, Bar No. 295320

Attorneys for Defendant
SALESFORCE.COM, INC.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __July 1, 2020__          _____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS