M. ANDERSON BERRY (262879)
aberry@justice4you.com
LESLIE GUILLON (222400)
lguillon@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

JOHN A. YANCHUNIS (*Pro Hac Vice*)
jyanchunis@ForThe People.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, California
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: HANNA ANDERSSON AND SALESFORCE.COM DATA BREACH LITIGATION*<br><br>This Document Relates To: ALL ACTIONS | Master File No.: 3:20-cv-00812-EMC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:           December 24, 2020<br>TIME:            1:30 p.m.<br>COURTROOM:  Courtroom 5 – 17th Floor<br>JUDGE:         Hon. Edward M. Chen |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 24, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Edward M. Chen, Courtroom 5, 17th Floor, United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Ave., San Francisco, California 94102, Plaintiffs will and hereby move this Court, pursuant to Federal Rule of Civil Procedure 23, to grant Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Defendants do not oppose the Motion.

Plaintiffs base their Motion on: this Notice; the accompanying Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Proposed Order granting the Motion; the Joint Declaration of John A. Yanchunis, M. Anderson Berry and Rachele R. Byrd (the "Joint Declaration"); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

**STATEMENT OF RELIEF SOUGHT**

Plaintiffs seek an order certifying the Settlement Class, more fully described in the Settlement Agreement, attached to the Joint Declaration as Exhibit 1, for purposes of the Settlement pursuant to Federal Rule of Civil Procedure 23(b)(3); preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement; appointing Angeion Group LLC to serve as the Claims Administrator; appointing the undersigned attorneys as Class Counsel and Plaintiffs as Class Representatives and; and setting a hearing date and schedule for consideration of Class Counsel's forthcoming motions for final approval of the Settlement and for an award of attorneys' fees, reimbursement of expenses, and Class Representative service awards.

Date: November 19, 2020

Respectfully Submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:      */s/ Rachele R. Byrd*

RACHELE R. BYRD
byrd@whafh.com
BRITTANY N. DEJONG
dejong@whafh.com
750 B Street, Suite 1820
San Diego, California
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

M. ANDERSON BERRY
aberry@justice4you.com
LESLIE GUILLON
lguillon@justice4you.com
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Cellular: (415) 595-3302
Facsimile: (916) 924-1829

JOHN A. YANCHUNIS (*Pro Hac Vice*)
jyanchunis@ForThePeople.com
**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs*

26809