# EXHIBIT 4





**Arnold Law Firm
Biography**

**Sacramento Office**
865 Howe Avenue
Sacramento, CA 95825
916-777-7777

**Long Beach Office**
111 W. Ocean Blvd.
Fourth Floor
Long Beach, CA 90802
562-216-8270

**justice4you.com**

Founded in 1975 by Clayeo C. Arnold, the Arnold Law Firm is a litigation-oriented practice in Sacramento, California. In keeping with its founding principles, our firm consciously works for the interests of individual people and small businesses — not for large corporations or insurance companies.

The Arnold Law Firm prosecutes class action, mass tort, *qui tam*, product defect, employment, and personal injury cases. We pride ourselves on being a practice of trial lawyers, typically trying a minimum of ten cases per year to verdict. In addition to our practice throughout the state of California in both state and federal courts, we pursue class action, *qui tam* and multi-district litigation claims on a nationwide basis.

Our team of nine attorneys collectively encompass a broad, diverse professional background, including plaintiff contingency work, public entity representation, criminal defense, and civil defense. We have current and past board members of Capital City Trial Lawyers Association, as well as members of numerous prestigious professional organizations, including the American Board of Trial Advocates, American Association for Justice, Association of Trial Lawyers of America, and Consumer Attorneys of California.

Our firm's operating structure is based on teams directed towards specific practice areas. These teams regularly and intentionally collaborate and exchange information between their practice areas to improve the quality of representation for all of our clients.

Over four decades, the Arnold Law Firm has developed a respected, extensive network of co-counsel and experienced contract counsel to rapidly expand our capabilities as necessary on an *ad hoc* basis (e.g.,



**Arnold Law Firm Biography**

(continued)

document review). We employ a robust staff of highly qualified, experienced assistants and paralegals to ensure that attorney time is spent in the most efficient manner possible.

The Arnold Law Firm employs technology to increase productivity, resulting in lower hourly billing, even though adverse parties eventually pay those bills. The firm increases efficiencies by using template software, client management software, and secure internet-based client management for mass tort or multi-plaintiff litigation. We also invest in appropriate billing and tracking software for contemporaneous hourly record keeping.

The Arnold Law Firm places substantial value on representing clients in a manner that is both effective and courteous. Integrity with clients, the courts, and adverse counsel are all considered to be as indispensable as successful results.

Our highly accomplished counsel has a long history of successfully handling class actions across a range of industries, including data breach cases:

> *In Re: Matt Matic, et al. v. Google, Inc. and Alphabet, Inc.*, 5:18-cv-06164-EJD (N.D. Cal.); (data breach);
>
> *In Re: Kirk Keilholtz, et al. v. Lennox Hearth Products, Inc..*, 4:08-cv-00836-CW (N.D. Cal.); (product);
>
> *In Re: Rodney Harmon v. Hilton Group, et al.*, 3:11-cv-03677-JCS (N.D. Cal.); (fraudulent billing);

The Arnold Law Firm has a proven track record of success and the ability to work efficiently and cooperatively with others.  In addition, our firm has the availability and resources necessary to litigate complex class actions.



### M. Anderson Berry Biography



M. Anderson Berry heads the data breach complex litigation practice for the Arnold Law Firm. He brings substantial experience in complex litigation matters with a history of litigating in an efficient and practical matter to his class action leadership roles, including Lead Class Counsel, Co-Lead Class Counsel, and Plaintiff's Executive Committee.

Mr. Berry holds an extensive background in privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States, and the following class action litigations filed in 2020:

*Julia Rossi, et al. v. Claire's Stores, Inc. et al.*, Case No.: 1:20-cv-05090 (N.D. Ill.) (Co-Lead Counsel)

*In Re: Hanna Andersson and Salesforce.com Data Breach Litigation*, 3:20-cv-00812-EMC (N.D. Cal.);

*Llamas v. Truefire, LLC, et al.*, 8:20-cv-857-T-02CPT (M.D. Fla.);

*Levi Combs, et al. v. Warner Music Group Corp.*, 1:20-cv-07473 (S.D.N.Y.) (Executive Committee);

*Alex Pygin v. Bombas, LLC and Shopify, et al.*, 3:20-cv-04412 (N.D. Cal.) (Co-lead Counsel);

*In Re: Ambry Genetics Data Breach Litigation*, 8:20-cv-00791 (C.D. Cal.);

*Sylvia Tillman, et al. v. Morgan Stanley Smith Barney LLC*, Case No. 1:20-cv-05914 (S.D.N.Y.);

*William Riggs v. Kroto, Inc. et al.*, 3:20-cv-04705 (N.D. Ill.);

*Michael Warshawsky, et al., v. cbdMD, Inc., et al.,* 3:20-cv-00562 (E.D. Va.);

*Jason Money, et al., v. Inova Health Systems*, 1:20-cv-01218 (W.D.N.C.);

*In re: Zoom Video Comm., Inc. Privacy Litigation*, 5:20-cv-02939 (N.D. Cal.);

*Cheryl Gaston v. Fabfitfun, Inc.*, 2:20-cv-09534 (C.D. Cal.).

*Donna Horowitz et. al. v. RadNet Inc.*, Case No. 2:20-cv-10328 (C.D. Cal.)



## M. Anderson Berry Biography

(continued)

Mr. Berry was first selected as the Northern California Super Lawyers Rising Star in 2015 in the field of complex civil litigation.

Prior to joining the Arnold Law Firm in 2017, Mr. Berry worked as an Assistant United States Attorney for the Eastern District of California. As part of the Affirmative Civil Enforcement unit, Mr. Berry handled a wide variety of complex cases, recovering millions of dollars for the United States.

Before working for the Department of Justice, Mr. Berry practiced at one of the world's largest law firms, Jones Day, where he represented clients in international arbitration and complex commercial litigation, including defending class action allegations.

Mr. Berry attended the University of California, Berkeley, where he majored in English and graduated with highest honors. Anderson was inducted into the Phi Beta Kappa Honor Society and served as President of the English Undergraduate Associate.

After working as a private investigator for both criminal and civil investigations in the San Francisco Bay Area, Anderson graduated from U.C. Berkeley School of Law, where he was a Senior Editor for both the *Berkeley Journal of Criminal Law* and *Berkeley Journal of International Law*.

He was admitted to the California Bar in 2009 and is admitted to practice in the Northern, Eastern and Central Districts of California.

M. Anderson Berry was raised in Moraga, California.



## Leslie Sindelar Guillon
## Biography



Leslie Sindelar Guillon practices in the data breach complex litigation practice for the Arnold Law Firm.

Ms. Guillon has experience in privacy and consumer/ government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States. She also participates in the following class action litigations: *In Re: Hanna Andersson and Salesforce.com Data Breach Litigation, 3:20-cv-00812-EMC* (N.D. Cal.) (Lead Class Counsel); *Llamas v. Truefire, LLC, et al., 8:20-cv-857-T-02CPT* (M.D. Fla.); *Cercas, et al. v. Ambry Genetics Corp., 8:20-cv-00791-CJC-KES* (C.D. Cal.); and *Barajas Torres v. Caglia Environmental, LLC, et al., MCV078838* (California Superior Court, Madera)(Lead Counsel).

Ms. Guillon joined the Arnold Law Firm in 2016. Her legal career began with a large Los Angeles defense firm before returning to the Sacramento area to represent plaintiffs, specializing in whistleblower law. Thereafter, for three years she focused on elder abuse and personal injury cases. She has practiced law continuously in California since 2002 and became a member of the Illinois Bar in 2003.

Ms. Guillon was born and raised outside of Chicago in the River Forest/Oak Park area, known for its historical connections with architect Frank Lloyd Wright and author Ernest Hemingway. She moved to the west coast for undergraduate studies at the University of Southern California in Los Angeles, where she graduated with a Business Administration degree and a minor in Music Industry in 1998.

Ms. Guillon briefly worked for the American Society of Composers, Authors and Publishers (ASCAP), before deciding to follow in the footsteps of her father, a patent attorney, and head to law school.

Ms. Guillon was awarded an academic scholarship at the



**Leslie Sindelar Guillon Biography**

(continued)

McGeorge School of Law, University of the Pacific, graduating in 2002 and receiving the Witkin Award in Legal Process. While at McGeorge, she was Assistant Comment Editor for the *Transnational Lawyer Law Journal* and published "Not so Fair After All --- International Aspects of the Fairness in Music Licensing Act of 1998."